**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**Notice of Withdrawal and Substitution of Appearance on Multiple Cases**

Please take notice that Holly M.E. Trice hereby withdraws her appearance and substitutes America Law Group, Inc. and Jessica L. Fellows in her place and for all lawful purposes in these Bankruptcy Proceedings as Counsel of Record for the Debtor(s) in the bankruptcy cases on the attached Exhibit A.

Dated: July 23, 2013                                     Respectfully submitted,


                                                         /s/Holly Eberly Trice
                                                         Holly Eberly Trice (VSB# 82735)
                                                         America Law Group, Inc.
                                                         7825 Midlothian Turnpike
                                                         Suite 104
                                                         Richmond, VA 23235


                                                         /s/Jessica L. Fellows
                                                         Jessica L. Fellows (VSB# 82095)
                                                         America Law Group, Inc.
                                                         2800 N. Parham Road
                                                         Richmond, VA 23294
                                                         Tel: 804-308-0051
                                                         Fax: 804-308-0053

Certificate of Service

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 23rd day of July, 2013, to all parties in interest involved in the cases listed on the attached Exhibit A.

/s/Holly Eberly Trice
Holly Eberly Trice (VSB# 82735)
America Law Group, Inc.
7825 Midlothian Turnpike
Suite 104
Richmond, VA 23235

Exhibit A

| Case Number | Debtor(s) | Chapter | Date Filed |
|---|---|---|---|
| 13-30665-KRH | Craig Richard Petersen and Susan Bess Petersen | 13 | 02/11/13 |
| 13-30686-KRH | James Henry Call and Terrie Mace Call | 13 | 02/11/13 |
| 13-30863-DOT | Luis Miguel Linares | 13 | 02/20/13 |
| 13-32493-KRH | Yeny Esmerelda Diaz | 7 | 05/03/13 |
| 13-32524-KRH | Theresa Maxine Jones | 7 | 05/07/13 |
| 13-33231-KRH | Erica Katina Hite | 13 | 06/12/13 |
| 13-33281-DOT | Glenda Abena Edmonds | 7 | 06/14/13 |
| 13-33522-KRH | Delores Avent Gilpin | 7 | 06/27/13 |
| 13-33653-KRH | Shantay Rochelle Pope-Dent | 13 | 07/03/13 |