IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MOTION TO SUBSTITUTE COUNSEL ON MULTIPLE CASES**

COMES NOW, the Debtor(s) by Holly Eberly Trice and Jessica L. Fellows, counsel with and for America Law Group, Inc., t/a The Debt Law Group and in support of their Motion to Substitute Counsel states as follows:

1. The bankruptcy court has jurisdiction over this motion pursuant to 28 U.S.C. §157 and §1334; and Federal Rule of Bankruptcy Procedure 9014.

2. Holly Eberly Trice was an attorney for the law firm of America Law Group, Inc. t/a The Debt Law Group, and in her capacity as an attorney represented the Debtors in cases filed with this court under Chapter 7 and Chapter 13 of the Bankruptcy Code.

3. A list of the affected cases as per the Court's PACER system is attached hereto as Exhibit A.

4. It is the desire of the Debtors, Holly Eberly Trice, Jessica L. Fellows and America Law Group, Inc. t/a The Debt Law Group that Jessica L. Fellows be substituted in as counsel on all affected cases.

WHEREFORE, the Parties pray for an order substituting Jessica L. Fellows of America Law Group, Inc. t/a The Debt Law Group in lieu of Holly Eberly Trice as counsel of record for the Debtors in the attached cases.

Respectfully submitted

BY: /s/   Holly Eberly Trice
Holly Eberly Trice (VSB#82735)
America Law Group, Inc.
7825 Midlothian Turnpike, Suite 104
Richmond, VA 23235

<div style="margin-left: 40%">

BY: /s/ Jessica L. Fellows
Jessica L. Fellows (VSB#82095)
America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2013 a true and exact copy of the foregoing Motion was sent electronically to all parties in interest involved in the cases listed on the attachment.

<div style="margin-left: 40%">

BY: /s/ Jessica L. Fellows
Jessica L. Fellows

</div>

## EXIBIT A

| | | | |
|---|---|---|---|
| 13-30665-KRH | Craig Richard Petersen and Susan Bess Petersen | 13 | 02/11/13 |
| 13-30686-KRH | James Henry Call and Terrie Mace Call | 13 | 02/11/13 |
| 13-32493-KRH | Yeny Esmerelda Diaz | 7 | 05/03/13 |
| 13-32524-KRH | Theresa Maxine Jones | 7 | 05/07/13 |
| 13-33231-KRH | Erica Katina Hite | 13 | 06/12/13 |
| 13-33522-KRH | Delores Avent Gilpin | 7 | 06/27/13 |
| 13-33653-KRH | Shantay Rochelle Pope-Dent | 13 | 07/03/13 |