IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-33653-KRH |
| Shantay Rochelle Pope-Dent ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor(s) ) | |
| _____ ) | |

**ORDER OF SUBSTITUTION OF COUNSEL IN MULTIPLE CASES**

UPON Motion of the Debtor(s) to substitute counsel; and it

APPEARING TO THE COURT that the Debtor filed her proceedings under Chapter 13 of the Bankruptcy Code; and it

FURTHER APPEARING that the Debtor(s) desire to substitute Debtor's original counsel with Jessica L. Fellows, Esquire, both of whom consent to said substitution; it is therefore ORDERED that the Motion to Substitute Counsel be, and the same is hereby GRANTED, and Jessica L. Fellows, Esquire is hereby substituted as counsel for the Debtor(s) in place of Debtor's original counsel; and it is FURTHER ORDERED that Debtor's original counsel is hereby relieved of any further duties and obligations in this case.

ENTERED this _____ day of _____, 2013.

_____
Judge, U.S. Bankruptcy Court

I ask for this:

 /s/   Jessica L. Fellows
Jessica L. Fellows (VSB#82095)
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

s/ Jessica L. Fellows<br>Jessica L. Fellows